IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAROLYN E HILL,

    Plaintiff,

v.                                              CASE NO. 1:12-cv-00250-MP-GRJ

MICHAEL J ASTRUE, CAROLYN COLVIN,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 7, 2014. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed objections at Doc. 16, and I have made a <u>de novo</u> determination of those timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this <u> 28th </u> day of March, 2014

                                                  *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge